IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRESTON EARL DUNN, #190556, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:03cv1252-ID |
| | ) (WO) |
| STEVEN BULLARD, *et al.,* | ) |
| Respondents. | ) |

**ORDER**

On March 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

(2) this case be and the same is hereby DISMISSED with prejudice.

DONE this 11th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE