IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRESTON EARL DUNN, #190556, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:03cv1252-ID |
| | )                  (WO) |
| STEVEN BULLARD, *et al.,* | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

Upon CONSIDERATION of the prior proceedings, opinions and orders entered in this case, it is ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of the respondents and against the petitioner, and that this action be and the same is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of April, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE